# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANTHONY BROWN,

      Petitioner,

v.                                  CASE NO. 4:08cv79-RH/WCS

MICHAEL B. MUKASEY et al.,

      Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 21), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must enter judgment and close the file.

SO ORDERED on January 25, 2009.

                                                s/Robert L. Hinkle
                                               Chief United States District Judge